(115 So. 163)

**INSURANCE CO. OF NORTH AMERICA v. George L. MALONE et al.   (7 Div. 688.)**

Supreme Court of Alabama.   Jan. 12, 1928.

Appeal from Circuit Court, De Kalb County; W. W. Haralson, Judge.

Coleman, Coleman, Spain & Stewart, of Birmingham, and Baker & Baker, of Ft. Payne, for appellant.
J. B. Isbell, Chas. J. Scott, and C. A. Wolfes, all of Ft. Payne, for appellees.

BROWN, J.   The principles of law declared and applied in the companion case, Pennsylvania Fire Ins. Co. v. G. L. Malone et al., 115 So. 156,[1] when applied to the questions presented on the record in this case, necessitate that the judgment of the circuit court in this case be reversed.

Reversed and remanded.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

